# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| ANDREA AND CURTIS DRAPER ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:14-cv-01331 |
| ) | |
| AMERICAN MEDICAL COLLECTION ) | |
| AGRENCY ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION TO DISMISS

**COMES NOW** undersigned counsel, and requests that this matter be dismissed with prejudice each party to bear it's own costs.

                                                    **VOYTAS & COMPANY**

                                                    /s/ Richard A. Voytas, Jr.
                                                    _____
                                                    **RICHARD A. VOYTAS, # 52046**
                                                    **One North Taylor Avenue**
                                                    **St. Louis, Missouri 63108**
                                                    **Phone: (314) 932-1068**
                                                    **Fax:     (314) 667-3161**

Date: _____


By: _____
     **JUDGE**